# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**PERCIVAL CHARLES FERRIS, JR.,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　　　**CASE NO. 5:17cv296-MCR/CAS**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## O R D E R

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge, ECF No. 4, that the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be dismissed without prejudice. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

    1. The Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

2. The Clerk shall enter judgment stating, "The petition is dismissed without prejudice."

3. The Clerk is directed to close the file.

**DONE AND ORDERED** on this 5th day of March 2018.


    s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**